**Exhibit A to the Complaint**

**Location:** Baltimore, MD  
**Total Works Infringed:** 52  
**IP Address:** 73.163.196.59  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | Vixen | 11/09/2018 14:17:38 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 02/01/2018 13:05:25 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/13/2018 14:00:17 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 4 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 04/02/2018 15:02:05 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 5 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 07/26/2018 13:55:16 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 6 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 05/23/2018 11:43:43 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 7 | 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179 | Tushy | 07/16/2018 12:14:07 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 8 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 09/30/2018 22:38:15 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 9 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | Tushy | 01/25/2018 14:48:26 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 10 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | Vixen | 11/09/2018 14:08:09 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 11 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | Tushy | 06/23/2018 17:26:56 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 12 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 06/23/2018 17:28:58 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 13 | 295A05A664DE1E858CF8837D08EE731BA0BFEF92 | Tushy | 07/10/2018 17:40:25 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 14 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/25/2018 14:52:39 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 15 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/08/2018 11:57:15 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 16 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 01/10/2018 14:16:09 | 12/27/2017 | 01/23/2018 | PA0002101754 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 04/02/2018 15:03:41 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 18 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/06/2018 15:02:13 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 19 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 09/26/2018 14:41:58 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 20 | 4A41D51B7205A523112F1746B3B700F11264688B | Tushy | 09/19/2018 12:56:15 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 21 | 4C753304EC5089B76152213F0A0627BDF2D225FB | Vixen | 10/16/2018 22:34:34 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 22 | 4FFDE0436D3756E42A316166ABAC63CCCD74B85F | Tushy | 06/23/2018 17:27:18 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 23 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 09/26/2018 14:38:33 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 24 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 07/26/2018 14:34:47 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 25 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/19/2018 17:02:07 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 26 | 6EEF646186D737E94D92D1978D77456DA4F10301 | Tushy | 11/27/2018 14:14:50 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 27 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 05/23/2018 11:20:05 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 28 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 01/30/2018 19:22:40 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 29 | 8B52FD7A90E10A36119BF71791AE13499BB0C147 | Tushy | 04/02/2018 15:04:41 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 30 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 03/21/2018 12:03:51 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 31 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/10/2018 17:40:51 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 32 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 09/26/2018 14:38:33 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 33 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/27/2018 14:12:20 | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 34 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 02/13/2018 13:58:52 | 02/10/2018 | 02/20/2018 | PA0002104201 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 12/10/2018 13:48:36 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 36 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/10/2018 14:15:37 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 37 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | Tushy | 11/06/2018 15:25:54 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 38 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/26/2018 14:32:43 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 39 | BFB0C6B34A693BC40981D11313056612733E3A70 | Tushy | 11/27/2018 14:13:28 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 40 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/19/2018 13:44:17 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 41 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 07/26/2018 14:19:30 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 42 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/23/2018 12:56:03 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 43 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 09/27/2018 13:20:46 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 44 | D43DA92C9E2BBF98A101601F87E91B30FE662994 | Tushy | 03/21/2018 12:03:09 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 45 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/23/2018 11:21:34 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 46 | E07877B71CF19666B48388AB9C202988860AC477 | Tushy | 05/08/2018 12:04:38 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 47 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 02/01/2018 12:18:10 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 48 | EF30CEA47B180A82FCDB40E4429B9280786CBDCE | Tushy | 06/23/2018 17:24:41 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 49 | F20B19B7F5712F23C40B88EE520E8BD18E90217B | Vixen | 09/27/2018 13:23:12 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 50 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 06/04/2018 13:01:33 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 51 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 05/23/2018 11:20:51 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 52 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 09/26/2018 14:35:16 | 08/07/2018 | 09/05/2018 | PA0002135684 |