**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:19-cv-00322-GLR |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 73.163.196.59, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 73.163.196.59, are voluntarily dismissed with prejudice.

Dated:  May 13, 2019                Respectfully submitted,


By: /s/ Elsy Ramos Velasquez
Elsy Ramos Velasquez, Esq.
eramosvelasquez@clarkhill.com
Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004
Tel.: 202-552-2357
Fax: 202-552-2381
*Attorneys for Plaintiff*