# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 73.163.196.59, ) <br> ) <br> Defendant. ) | Civil Case No. 1:19-cv-00322-GLR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.163.196.59, are voluntarily dismissed with prejudice.

Dated:  May 13, 2019

Respectfully submitted,

By: /s/ Elsy Ramos Velasquez
Elsy Ramos Velasquez, Esq.
eramosvelasquez@clarkhill.com
Clark Hill PLC
1001 Pennsylvania Ave NW
Suite 1300 South
Washington, DC 20004
Tel.: 202-552-2357
Fax: 202-552-2381
*Attorneys for Plaintiff*

APPROVED THIS 13th DAY OF May 2019

George L. Russell, III, U.S.D.J.

1